# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 11, 2022

## NO. 03-22-00051-CR

**Richard Lynn Waggoner, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE COUNTY COURT OF IRION COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.